DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

LEON THYRONE HUDSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2318

———————————————

October 17, 2025

Appeal from the Circuit Court for Pinellas County; Julie Lyn Sercus, Judge.

Blair Allen, Public Defender, and A. Victoria Wiggins, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, SLEET, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.